Name: Constantino Cuara R.
Address: 4207 W. 5655 So. Kearns UT 84118
Telephone: 385-488-6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
PLAINTIFF

vs.

Utah Division of Real Estate - Utah.gov, National Association of REALTORS, National Association of Real Estate Brokers, Real Estate Commission - Washington, DC - IDZCP

DEFENDANTS

RECEIVED US Dist Court-UT
AUG 28 '23 AM 09:38

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00564
Assigned To : Oberg, Daphne A.
Assign. Date : 8/28/2023
Description: Cuara v. Utah Division of Real State et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ✓ 42 U.S.C. §1983
   b. ✓ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R.
   IS A CITIZEN OF THE STATE OF SLC UT US

PRESENT MAILING ADDRESS: 4207 W. 5655 S. Kearns UT 84118

3. NAME OF FIRST DEFENDANT Utah Division of Real Estate. Utah.gov
   IS A CITIZEN OF SLC UT US
   (City and State)

   IS EMPLOYED AS USA gov- at SLC UT US
   (Position and Title if Any) (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Color of law refer to the appearance of legal authority, or an apparently Legal right that may not exist

4. NAME OF SECOND DEFENDANT National Association of REALTORS
   (If applicable)

   IS A CITIZEN OF USA
   (City and State)

   IS EMPLOYED AS National Association of Realtors at USA.
   (Position and Title if Any) (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Same Above

5. NAME OF THIRD DEFENDANT National Association of Real Estate Brokers
   (If applicable)

   IS A CITIZEN OF USA
   (City and State)
   IS EMPLOYED AS National Association of Real Estate Brokers USA.
   (Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___ . If your answer is "YES" briefly explain.

_Same Above_

6. NAME OF FOURTH DEFENDANT _Real Estate Commission_
(If applicable) _Washington DC - DLCP_

IS A CITIZEN OF _USA_
(city and State)

IS EMPLOYED AS _USA gov_ at _USA_ .
(Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___ . If your answer is "YES" briefly explain.

_Same Above_

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

_I'm the owner of all trademarks of United States and global network, federal and states entities, Under sha 256 fingerprint hereditary blood, malicious and misconduct Hatch Act 5 U.S.C 7323 (a) and 7324 (a) KKK Act 42 U.S.C section 1983_

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Utah Division of Real Estate, Utah.gov

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   18 U.S.C 1031 major fraud against the United States of America, 18 U.S.C. Section 1030 fraud of computers, 18 U.S.C. 2-239 pyramid scheme promotional scheme penal code section 327, 18 U.S.C Code 1348 securities and commodities fraud 18 U.S.C. Code section 2381 federal crime of treason, "RICO" Charges

   b. (1) Count II: National Association of REALTORS

   (2) Supporting Facts: _____

   Same Above

   c. (1) Count III: National Association of Real Estate Brokers, Real Estate Commission Washington DC - DLCP

(2) Supporting Facts: _____

_____

_____ Same Above _____

_____

_____

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   Mental Diseases
   "WE US OUR"
   DEATH

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

_____

_____

e. When did you file the lawsuit? _____
   Date    Month    Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ___ / NO ___. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

*Damages Unspecified*

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  SLC  UT  US  on  08/28  20 23
(Location)                              (Date)

_____
Signature